# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SAGREN KEVIN GOVENDER | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-00639 |
| | § | Judge Mazzant |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB | § | |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Appellant Sagren Kevin Govender's Motion for Expedited Hearing (Dkt. #22). Having reviewed the motion and relevant pleadings, the Court finds the motion should be denied.

Appellant asks the Court for an expedited hearing because of the "looming eviction" that is too take place in this case. However, the Court previously found that, even with foreclosure approaching, Govender "failed to demonstrate irreparable harm." (Dkt. #10 at p. 3). The Court further determined that "the harm to Wilmington is substantial since it has been seeking foreclosure since 2007." (Dkt. #10 at p. 3). The Court still finds that there is an appearance that "Govender has been abusing the bankruptcy process through serial filings in attempt to prevent foreclosure." (Dkt. #10 at p. 3). Accordingly, the Court finds no justification to deviate from the current briefing schedule and hear this motion on an expedited basis.

It is therefore **ORDERED** that the Appellant's Motion for Expedited Hearing (Dkt. #22) is hereby **DENIED**.

**SIGNED this 8th day of December, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE